THE HONORABLE JAMAL N. WHITEHEAD
Noted for April 24, 2024
Without oral argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT MILLMAN, an individual, MEENA MILLMAN, an individual, and the marital community comprised thereof,

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,

Defendant.

Case No. 2:24-cv-00001-JNW

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

## I. STIPULATED MOTION

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action may be dismissed with prejudice and without an award of costs or fees to any party.

DATED: April 24, 2024.

| *Attorneys for Plaintiff:* | *Attorneys for State Farm Mutual Automobile Insurance Company:* |
|---|---|
| **EMBER LAW, PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Leah S. Snyder (per email authority)*<br>Leah S. Snyder, WSBA No. 44384 | By: *s/Steven D. Jensen*<br>Steven D. Jensen, WSBA No. 26495 |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1
Case No. 2:24-CV-00001-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

| | |
|---|---|
| Ren Wilcox, WSBA No. 60133<br>E-Mail:  leah@emberlaw.com<br>              ren@emberlaw.com | E-mail: steve.jensen@jmblawyers.com |
| ***Attorneys for Plaintiff:***<br><br>**CANTILEVER LAW**<br><br><br>By: <u>s/Raeanne Hutchison (per email authority)</u><br>     Raeanne Hutchison, WSBA No. 55786<br>     E-Mail:  CantileverLaw@outlook.com | |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2
Case No. 2:24-CV-00001-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## II. ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that any and all claims and causes of action are dismissed with prejudice and without an award of costs or fees to any party.

DATED: April 25, 2024

_____
Jamal N. Whitehead
United States District Judge

Presented by:

| *Attorneys for Plaintiff:* | *Attorneys for State Farm Mutual Automobile Insurance Company:* |
|---|---|
| **EMBER LAW, PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Leah S. Snyder (per email authority)*<br>Leah S. Snyder, WSBA No. 44384<br>Ren Wilcox, WSBA No. 60133<br>E-Mail:  leah@emberlaw.com<br>            ren@emberlaw.com | By: *s/Steven D. Jensen*<br>Steven D. Jensen, WSBA No. 26495<br>E-mail: steve.jensen@jmblawyers.com |
| *Attorneys for Plaintiff:*<br><br>**CANTILEVER LAW**<br><br>By: *s/Raeanne Hutchison (per email authority)*<br>Raeanne Hutchison, WSBA No. 55786<br>E-Mail:  CantileverLaw@outlook.com | |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - 3
Case No. 2:24-CV-00001-JNW

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 24th day of April, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

| *Counsel for Plaintiff* | |
|---|---|
| Leah S. Snyder, WSBA No. 44384<br>Ren Wilcox, WSBA No. 60133<br>Ember Law, PLLC<br>1700 Seventh Avenue; Suite 2100<br>Seattle, WA 98101<br>leah@emberlaw.com<br>ren@emberlaw.com | ☒ Via CM/ECF<br>☐ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

| *Counsel for Plaintiff* | |
|---|---|
| Raeanne Hutchison, WSBA No. 55786<br>Cantilever Law<br>9500 Roosevelt Way NE; Suite 310<br>Seattle, WA 98115<br>CantileverLaw@outlook.com | ☒ Via CM/ECF<br>☐ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 24th day of April, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

---

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 4
Case No. 2:24-CV-00001-JNW

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
Seattle, Washington 98101
Phone: 206.682.1550